**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID BYRON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-335-Orl-28DAB**

**COUNTRYWIDE HOME LOANS, INC.,**
**WENDY LEES, JOHN DOE 1,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR INSTANTER ADMISSION OR ALTERNATIVELY READMISSION AND TO ACCEPT CASE MANAGEMENT REPORT AS FILED [ IN DOC. NO. 15-2] (Doc. No. 17)**
>
> **FILED:** May 23, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Case Management and Scheduling Order will be entered separately by the District Judge.

**DONE** and **ORDERED** in Orlando, Florida on October 15, 2008.

                                            *David A. Baker*

                                          DAVID A. BAKER
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record